# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| NATANAEL ASCANIO BAYONA,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT LADWIG, New Orleans Field Office Director of Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY, Enforcement and Removal Operations; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Respondents. | No. 2:26-cv-02212-SHL-atc |

## ORDER REQUIRING SERVICE AND STAYING TRANSFER

On March 2, 2026, Petitioner Natanael Ascanio Bayona filed the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.) Ascanio Bayona challenges his continued detention in the West Tennessee Detention Facility as an "arriving alien" without a bond hearing. (ECF No. 1-3 at PageID 17.) He seeks immediate release from Respondents' custody. (Id.)

Upon review of the Petition, it is **ORDERED** as follows:

(1) Ascanio Bayona shall, within **five days** of this Order, **serve one copy each of the Petition (ECF Nos. 1, 1-1, 1-2, 1-3) and this Order (ECF No. 6)** on each Respondent, and ensure that copies are delivered to the United States Attorney for the Western District of Tennessee at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street
> Suite 800
> Memphis, TN 38103

Additionally, Ascanio Bayona shall deliver a copy of this Order to the United States Attorney for

the Western District of Tennessee electronically at the following email address:

**stuart.canale@usdoj.gov**.  Failure to fully comply with this requirement may justify dismissal of the Petition.  <u>See</u> Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

    (2)    Within **five days** after Ascanio Bayona fully complies with the above requirement, Respondents shall respond to the Petition in writing.

    (3)    Ascanio Bayona may file a reply within **two days** after Respondents' responsive filing.

    (4)    Respondents shall not transfer Ascanio Bayona out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 2nd day of March, 2026.

> s/ Sheryl H. Lipman
> SHERYL H. LIPMAN
> CHIEF UNITED STATES DISTRICT JUDGE